# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133394
133396
133400-133406 & (74)


DAIMLERCHRYSLER CORPORATION,
      Petitioner-Appellee,

v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Respondents-Appellees,
and

CITY OF AUBURN HILLS,
      Respondent-Appellant.
_____

SC: 133394
COA: 267565
Oakland CC: 05-064732-AA


FORD MOTOR COMPANY,
      Petitioner-Appellee,

v

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Respondents-Appellees,
and

CITY OF DEARBORN,
      Intervening Respondent-Appellant.
_____

SC: 133396
COA: 262500
Wayne CC: 04-430612-AA,
  04-430613-AA, 04-430614-AA


FORD MOTOR COMPANY,
      Petitioner-Appellee,

v

STATE TAX COMMISSION and

SC: 133400-02
COA: 262487, 262488, 262500
Wayne CC: 04-430612-AA,
  04-430613-AA, 04-430614-AA

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Respondents-Appellants,
and

CITY OF DEARBORN,
      Intervening Respondent-Appellee.
_____

DETROIT DIESEL CORPORATION,
      Petitioner-Appellee,
      Cross-Appellant,

v                                      SC: 133403
                                         COA: 263188
                                         Wayne CC: 04-430915-AA

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Respondents-Appellants,
      Cross-Appellees,
and

CHARTER TOWNSHIP OF REDFORD,
      Intervening Respondent-Appellee,
      Cross-Appellee.
_____

FORD MOTOR COMPANY,
      Petitioner-Appellee,

v                                        SC: 133404
                                         COA: 264154
                                         Wayne CC: 05-507760-AA

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Respondents-Appellants.
_____

DAIMLERCHRYSLER CORPORATION,
      Petitioner-Appellee,

v                                        SC: 133405
                                         COA: 265686
                                         Washtenaw CC: 2005-000250-AA

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Respondents-Appellants,
and

TOWNSHIP OF SYLVAN,
      Respondent-Appellee.
_____

DAIMLERCHRYSLER CORPORATION,
        Petitioner-Appellee,

v

        SC: 133406
        COA: 267565
        Oakland CC: 05-064732-AA

STATE TAX COMMISSION and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Respondents-Appellants,
and

CITY OF AUBURN HILLS,
        Respondent-Appellee.

_____

On order of the Chief Justice, the joint motion for extension of the time for filing by appellants and cross-appellants and for a corresponding extension for appellees and cross-appellees is considered and it is GRANTED.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2008

_____
                Clerk